IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOYCE A. COOPER                                                                            PLAINTIFF

v.                                                                   CIVIL ACTION NO. 1:04CV384-M-A

JO ANNE BARNHART, COMMISSIONER OF
SOCIAL SECURITY                                                                            DEFENDANT

## FINAL JUDGMENT

On consideration of the file and records in this action, the court finds that the report and recommendation of the United States Magistrate Judge dated March 14, 2006, was on that date duly served by electronic mail through the court's CM/ECF system upon counsel for the plaintiff and upon the attorney of record for the defendants; that more than ten days have elapsed since service of said report and recommendation; and that no objection thereto has been filed or served by said parties. The court is of the opinion that the report and recommendation should be approved and adopted as the opinion of the court.

It is, therefore, **ORDERED:**

1. that the report and recommendations of the United States Magistrate Judge dated March 14, 2006, is approved and adopted as the opinion of the court, and

2. that the decision of the Commissioner is **REVERSED** and this case is **REMANDED** to the Commissioner for further proceedings.

THIS, the 31st day of March, 2001.

                                            /s/ Michael P. Mills
                                        **UNITED STATES DISTRICT JUDGE**